# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158304(76)

TIM EDWARD BRUGGER, II,
        Plaintiff-Appellee,

v

        SC: 158304
        COA: 337394
        Midland CC: 15-002403-NO

MIDLAND COUNTY BOARD OF ROAD
COMMISSIONERS,
        Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to file a response to the brief amicus curiae of Scott Crouch is GRANTED. The response submitted on October 6, 2020, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2020           
                                        Clerk